

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00229-CV

## IN RE DONALD STEWART, KATHY STEWART,
## D/B/A ROYAL HORSE FARMS & JENNIFER STEWART

## Original Proceeding

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. D20-29041-CV

## MEMORANDUM OPINION

The "Petition for Writ of Mandamus" filed by Relators Donald Stewart, Kathy

Stewart, and Jennifer Stewart on August 1, 2023, is denied.

MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Petition denied
Opinion delivered and filed August 9, 2023
[OT06]

